Bonnie J. ANGLE, Petitioner-
Appellant,

v.

COMMISSIONER OF INTERNAL
REVENUE, Respondent-
Appellee.

Bonnie J. Angle, Petitioner-Appellant,

v.

Commissioner of Internal Revenue,
Respondent-Appellee.

No. 16-70939, No. 16-70941

United States Court of Appeals,
Ninth Circuit.

Submitted October 16, 2017 * San
Francisco, California

Filed October 25, 2017

William Edward Taggart, Jr., Attorney,
William E. Taggart, Jr. A Professional
Corporation, Oakland, CA, for Petitioner-
Appellant

Bruce R. Ellisen, Bethany B. Hauser,
Esquire, Attorney, Douglas Campbell Ren-
nie, Attorney, DOJ—U.S. Department of
Justice, Tax Division/Appellate Section,
Washington, DC, William J. Wilkins, Chief
Counsel, Internal Revenue Service, Wash-
ington, DC, for Respondent-Appellee

Before: HAWKINS and W.
FLETCHER, Circuit Judges, and
KRONSTADT,** District Judge.

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
See Fed. R. App. P. 34(a)(2).

** The Honorable John A. Kronstadt, United
States District Judge for the Central District
of California, sitting by designation.

MEMORANDUM ***

Petitioner Bonnie J. Angle appeals the
U.S. Tax Court's denial of reasonable liti-
gation costs under 26 U.S.C. § 7430. We
have jurisdiction under 26 U.S.C.
§§ 7430(f), 7482(a)(1), and we affirm.

Litigation costs must be denied if Angle
failed to establish that her net worth did
not exceed $2,000,000 at the time her ac-
tion was filed. 26 U.S.C. § 7430(c)(4)(A)(ii)
(referencing 28 U.S.C. § 2412(d)(2)(B)).
Angle filed for relief as an innocent spouse
on December 23, 2011. See 26 U.S.C.
§ 6015.

The evidence shows that Angle's net
worth exceeded $2,000,000 at the time of
filing. Net worth is calculated according to
generally accepted accounting principles,
and assets are valued at their acquisition
cost. Am. Pac. Concrete Pipe Co., Inc. v.
NLRB, 788 F.2d 586, 590-91 (9th Cir.
1986); United States v. 88.88 Acres of
Land, 907 F.2d 106, 107 (9th Cir. 1990). At
the time of filing, Angle's assets included
$3,508,009.47 owed to her on loans she had
made to two corporations. Only by valuing
these loans at $838,140 did Angle's ac-
countant conclude that her net worth did
not exceed $2,000,000. Angle argues that
the remaining loan amount of $2,669,869.47
is worthless, but the evidence does not
support this. Angle also argues that the
Tax Court was bound to accept the conclu-
sions of her accountant, but the accountant
neither audited nor attempted to verify the
documents he relied upon in reaching
these conclusions.

We decline to address Angle's argument
that she satisfied the "prevailing party"

---

*** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by Ninth Circuit Rule 36-3.

requirement because she has failed to meet the net worth requirement.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.